T.C. Memo. 2014-211

UNITED STATES TAX COURT

TERRY GENE AKEY, Petitioner <u>v</u>.
COMMISSIONER OF INTERNAL REVENUE, Respondent

Docket Nos. 18026-05, 18097-05,      Filed October 8, 2014.
28057-09.

This opinion was vacated on September 1, 2015, and replaced

by T.C. Memo. 2015-227, filed November 24, 2015, unchanged.